UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NEW COLT HOLDING CORP., ET AL.<br>Plaintiffs, | CIVIL ACTION |
| v. | NO. 302CV173(PCD) |
| AWA INTERNATIONAL, INC., ET AL.<br>Defendants | March 12, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw his appearance on behalf of the Plaintiffs, New Colt Holding Corp. and Colt's Manufacturing Company, Inc., in the above-captioned matter. Plaintiffs continue to be represented by Robert Gill, formerly of the law firm Slavit & Gill, P.C. and presently of the law firm Saul Ewing LLP, and by Joseph Dieso, who serves as Assistant General Counsel for Plaintff Colt's Manufacturing Company, Inc. The undersigned will no longer be engaged in the practice of law with Saul Ewing, LLP after March 12, 2004.

WHEREFORE, the undersigned respectfully requests that his Motion to Withdraw Appearance be granted.

NEW COLT HOLDING CORP.

By: _/s/ H. David Starr_
H. David Starr
SAUL EWING LLP
Fed. Bar No. ct23616
1025 Thomas Jefferson, N.W.
Suite 425 West
Washington, D.C. 20007

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March 2004, a true and correct copy of the foregoing was served by first class mail, postage pre-paid on the following:

Joseph G. Fortner, Jr., Esq.
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

Robert G. Shepherd
MATHEWS, COLLINS, SHEPHERD & McKAY
100 Thanet Circle
Suite 306
Princeton, NJ  08540-3674

_____
H. David Starr