# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NEW COLT HOLDING CORP., ET AL. | : | |
| | : | |
| VS. | : | CASE NO. 3:02CV173 (PCD) |
| | : | |
| AWA INTERNATIONAL, INC., ET AL. | : | |

## ENDORSEMENT ORDER

The Motion to Withdraw Appearance, document no. 202, is GRANTED.

SO ORDERED. Dated at New Haven, Connecticut, this 26th day of March, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court