

**COLT'S MANUFACTURING LLC**
P.O. BOX 1868, HARTFORD, CONNECTICUT 06144-1868, 860/236-6311

JOSEPH DIESO
Assistant General Counsel
(860) 244-1387 office
(860) 244-1467 facsimile
jdieso@colt.com e-mail

FILED
APR 5  7 00 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

VIA FACSIMILE AND REGULAR MAIL

March 31, 2004

Honorable Peter C. Dorsey
United States District Court
141 Church Street
New Haven, CT 0651

RE: New Colt Holding Corp. et. al. v RIG Holdings of Florida, et. al.
Case No: 3:02cv173(PCD)

Dear Judge Dorsey,

We are in receipt of the Trial Preparation Order entered in the above referenced matter, which requires compliance with Section A of the Standing Order by April 19, 2004. I am currently committed to participate and make a presentation in a Litigation Management Course in Scottsdale Arizona from April 15 through 18 and had planned to return to Connecticut on April 19, 2004. In view of this commitment, I respectfully request that the due date for each section of the report be extended by one week.

I have discussed this matter with opposing counsel Attorneys Fortner and Shepherd, and each support this request.

Thank you for your attention to this matter.

Very truly yours,

Joseph Dieso

JD/bms

Cc: Counsel of record (via facsimile)
    David E. Schancupp, Esq. (via facsimile)