## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NEW COLT HOLDING CORP., ET AL. | : | |
| | : | |
| VS. | : | CASE NO. 3:02CV173 (PCD) |
| | : | |
| AWA INTERNATIONAL, INC., ET AL. | : | |

## ENDORSEMENT ORDER

The (letter) Motion for Extension of Time regarding the deadlines to comply with the Trial Preparation Order, document no. 206, is GRANTED.  The deadlines are modified as follows:  Section A is due by April 26, 2004; Section B is due by May 10, 2004; and Section C is due by May 24, 2004, at which time this case will be deemed ready for trial.

SO ORDERED.  Dated at New Haven, Connecticut, this 8th day of April, 2004.

        /s/
Peter C. Dorsey, U.S. District Judge
United States District Court