UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NEW COLT HOLDING CORPORATION, ET AL. | : | CIVIL ACTION |
| | : | NO. 302-CV-173(PCD) |
| Plaintiffs, | : | |
| | : | |
| V. | : | |
| | : | |
| RJG HOLDINGS OF FLORIDA, INC., ET AL. | : | |
| | : | |
| Defendants. | : | April 8, 2004 |

**MOTION FOR RECONSIDERATION OF ORDER GRANTING SUMMARY JUDGMENT AS TO DEFENDANT'S "MADE IN THE USA" CLAIMS**

Pursuant to Local Rule 7(c) of the Local Civil Rules of the District of Connecticut, the Defendant, AWA International ("AWA"), submits this memorandum in support of its Motion for Reconsideration of the Court's March 29, 2004 Ruling (the "Ruling"), which denied AWA's Motion for Summary Judgment with respect to its First Counterclaim, and granted Plaintiffs summary judgment over and against AWA with respect to the First Counterclaim.

In brief, movant respectfully submits that under applicable standards and the facts presented, it has standing to bring its claims against the Plaintiffs with respect to their claims that the Colt Cowboy revolver is "Made in the USA," and further that, at a minimum, a question of fact exists regarding whether the claims by Colt's regarding that revolver are false and actionable. Thus, it is respectfully requested that the Court reconsider that aspect of its Ruling, and upon such reconsideration, either grant

1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

summary judgment to AWA, or (at a minimum) deny Plaintiffs' summary judgment with respect to the First Counterclaim.

Defendants seek reconsideration of the Court's factual and legal conclusions for the reasons set forth more fully in the attached Memorandum of Law being filed contemporaneously herewith.

                     DEFENDANT,
                     AWA INTERNATIONAL, INC.

                     _____
                     Joseph G. Fortner, Jr.
                     Fed. Bar #ct04602
                     Brian D. Rich
                     Fed Bar #ct24458
                     HALLORAN & SAGE, LLP
                     One Goodwin Square
                     225 Asylum Street
                     Hartford, CT 06103
                     (860) 522-6103

2

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 8th day of April, 2004, I hereby mailed a copy of the foregoing to:

| | |
|---|---|
| Joseph Dieso, Esq.<br>Colt's Manufacturing Company, Inc.<br>P.O. Box 1868<br>Hartford, CT 06144-1868 | Robert Shepherd, Esq.<br>Matthews, Collins, Shepherd & McKay<br>100 Thanet Circle<br>Suite 306<br>Princeton, NJ 08540 |
| John F. Conway, Esq.<br>Loughlin, Fitzgerald, Kamp, Henrici<br>Molloy, Rizzo & Reed<br>150 South Main Street<br>Wallingford, CT  06492 | Robert Gill, Esq.<br>Saul Ewing LLP<br>1025 Thomas Jefferson Street, N.W.<br>Suite 425 West<br>Washington, DC 20007 |

_____
Joseph G. Fortner, Jr.

497682.1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

3
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105