UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NEW COLT HOLDING CORP., ET AL. | : : : | |
| vs. | : : | CIVIL NO. 3:02CV173 (PCD) |
| RJG HOLDINGS OF FLORIDA, INC., ET AL. | : : : | |

**ORDER**

Per PJO Schancupp's recommendation, the Trial Preparation Order deadlines are modified as follows:

        Section A:    May 28, 2004

        Section B:    June 18, 2004

        Section C:    July 16, 2004, at which time this case will be deemed ready for trial.

SO ORDERED. Dated at New Haven, Connecticut, this 7th day of May, 2004.

    /s/
Peter C. Dorsey, U.S. District Judge
United States District Court