UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NEW COLT HOLDING CORP., ET AL. | : : : | |
| vs. | : : | CIVIL NO. 3:02CV173 (PCD) |
| RJG HOLDINGS OF FLORIDA, INC., ET AL. | : : : | |

**ORDER**

Per PJO Schancupp's recommendation, the Trial Preparation Order deadlines are modified as follows:

        Section A:    June 25, 2004

        Section B:    July 16, 2004

        Section C:    August 6, 2004, at which time this case will be deemed ready for trial.

SO ORDERED. Dated at New Haven, Connecticut, this 22nd day of June, 2004.

                                        /s/
                                Peter C. Dorsey, U.S. District Judge
                                United States District Court