UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NEW COLT HOLDING CORPORATION, ET AL. | : : : | CIVIL ACTION NO. 302-CV-173(PCD) |
| Plaintiffs, | : : : | |
| V. | : : : | |
| RJG HOLDINGS OF FLORIDA, INC., ET AL. | : : : | |
| Defendants. | : | June 18, 2004 |

## CERTIFICATION OF SERVICE

Counsel for Defendant, AWA International, Inc. hereby certifies that, on June 18, 2004, compliance with Section A of the Trial Preparation Order in the above captioned matter was served upon:

Joseph Dieso, Esq.
Colt's Manufacturing Company, Inc.
P.O. Box 1868
Hartford, CT 06144-1868

Robert Shepherd, Esq.
Matthews, Collins, Shepherd & McKay
100 Thanet Circle
Suite 306
Princeton, NJ 08540

John F. Conway, Esq.
Loughlin, Fitzgerald, Kamp, Henrici
Molloy, Rizzo & Reed
150 South Main Street
Wallingford, CT  06492

Robert Gill, Esq.
Saul Ewing LLP
1025 Thomas Jefferson Street, N.W.
Suite 425 West
Washington, DC 20007

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

                THE DEFENDANT
                AWA International, Inc.

Dated: June 18, 2004        By:_____
                                  Joseph G. Fortner, Jr.
                                Federal Bar #ct 04602
                                Brian D. Rich
                                Federal Bar #ct24458
                                HALLORAN & SAGE LLP
                                One Goodwin Square
                                225 Asylum Street
                                Hartford, Connecticut 06103
                                (860) 522-6103

One Goodwin Square                HALLORAN              Phone (860) 522-6103
225 Asylum Street                  & SAGE LLP           Fax (860) 548-0006
Hartford, CT 06103                                         Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 18th day of June, 2004, I hereby sent via United States first class mail a copy of the foregoing Certification of Service to:

Joseph Dieso, Esq.  
Colt's Manufacturing Company, Inc.  
P.O. Box 1868  
Hartford, CT 06144-1868

Robert Shepherd, Esq.  
Matthews, Collins, Shepherd & McKay  
100 Thanet Circle  
Suite 306  
Princeton, NJ 08540

John F. Conway, Esq.  
Loughlin, Fitzgerald, Kamp, Henrici  
Molloy, Rizzo & Reed  
150 South Main Street  
Wallingford, CT  06492

Robert Gill, Esq.  
Saul Ewing LLP  
1025 Thomas Jefferson Street, N.W.  
Suite 425 West  
Washington, DC 20007

      Joseph G. Fortner, Jr.

562881v1

One Goodwin Square  
225 Asylum Street  
Hartford, CT 06103

HALLORAN  
& SAGE LLP

Phone (860) 522-6103  
Fax (860) 548-0006  
Juris No. 26105