UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JURY SELECTION CALENDAR

HONORABLE PETER C. DORSEY, U.S.D.J.
141 CHURCH STREET
NEW HAVEN
COURTROOM NO. 1

September 2, 2004

9:00 A.M.

<u>NOTICE TO COUNSEL</u>

Jury selection will commence at 9:00 A.M. on September 2, 2004 in Courtroom No. 1, 141 Church Street, New Haven, Connecticut. Juries will be selected in six cases in the order listed. A schedule of trial dates, commencing the day after jury selection shall be announced at the time of jury selection.

Problems with the selection of juries or in the assignment of trial dates shall be discussed initially among all counsel. Any request to the court shall be made at the earliest possible time and in writing. No continuances shall be granted except after such consultation and upon good cause shown. No other commitments or conflicts in schedule can be accommodated unless such information is communicated to Patricia A. Villano, Deputy Clerk, Office of the Clerk, 203-773-2427 not less than five business days before jury selection.

Counsel in the first six cases shall select juries at the time noted. Counsel in all other cases shall be prepared to appear at the time noted if notified to do so by the court. Any case in which a jury is selected shall be prepared to commence on 24-hours notice. Counsel in cases awaiting trial must immediately inform the Deputy Clerk of any potential schedule conflict. Failure to so inform the Deputy Clerk will not be accepted to excuse a case from trial as may be required in accordance herewith.

In any case assigned for jury selection or trial, all counsel must diligently explore settlement/entry of a plea at as early a date as possible and advise the Deputy Clerk of any actual settlement/or request for the scheduling of the plea immediately.

If the court, Magistrate Margolis or a Parajudicial Officer can aid settlement discussions, a request for a conference will be honored as promptly as possible. Late advice of settlements/requests to change plea compromises the ability to inform counsel in other cases of their being assigned for jury selection and/or trial. Advice of settlements/requests to change plea but one or two business days before an assignment creates onerous workloads on the court staff and potentially unfair burdens on parties, counsel and witnesses in other cases.

Any settlement reported later than noon, two business days before the assignment date, will require an explanation as to why settlement was not previously accomplished.

PETER C. DORSEY, SENIOR,
UNITED STATES DISTRICT JUDGE

CASE NO.    3:03 cr 152   USA v.  Robert L. Keller, Jr. and
                                  Michael J. Mazzariello

COUNSEL OF RECORD:

Anastasia M. Enos, AUSA                    U.S. Attorney's Office, P.O. Box 1824,
                                           157 Church St., 23rd Floor,
                                           New Haven, CT 06510
                                           203-821-3700

Hubert J. Santos, Esq.                     Santos & Seeley, 51 Russ St.,
                                           Hartford, CT 06106
                                           860-249-6548

David T. Grudberg, Esq.                    Jacobs, Grudberg, Belt & Dow, P.C.,
                                           350 Orange St., P.O. Box 606,
                                           New Haven, CT 06503-0001
                                           203-772-3100

CASE NO.    3:03 cr 294 USA v. Alberto Castillo

COUNSEL OF RECORD:

Kari Anne Dooley, AUSA                     U.S. Attorney's Office, 915 Lafayette Blvd.,
Stephen Benjamin Reynolds, AUSA           Room 309, Bridgeport, CT 06604
                                          203-696-3000

Jonathan J. Einhorn, Esq.                  412 Orange St., New Haven, CT 06511
                                           203-777-3777

CASE NO.    3:03 cr 350 USA vs. Abiba Kanzayire and Hussein Mutungirehe*

*INTERPRETER NEEDED*

COUNSEL OF RECORD:

Krishna R. Patel, AUSA                     U. S. Attorney's Office, 157 Church St., 23rd Fl.,
Peter S. Jongbloed, AUSA                   New Haven, CT 06510
                                           203-821-3700

Paul F. Thomas, AFPD                       Federal Public Defender's Office,
                                           2 Whitney Ave., Suite 300,
                                           New Haven, CT 06510
                                           203-498-4200

Michael Stanton Hillis, Esq.                Dombroski, Knapsack & Hillis,
                                            129 Whitney Ave., New Haven, CT 06510
                                            203-624-9096

### CASE NO.    3:04 cr 3   USA vs. Angel Maldonado and Maritza Zapata

COUNSEL OF RECORD:

Kari Anne Dooley, AUSA                      U.S. Attorney's Office, 915 Lafayette Blvd.,
                                            Room 309, Bridgeport, CT 06604
                                            203-696-3000

Thomas P. Belsky, AFPD                      Federal Public Defender's Office,
                                            2 Whitney Ave., Suite 300,
                                            New Haven, CT 06510
                                            203-498-4200

Elliot R. Warren, Esq.                      120 Post Road West, Westport, CT 06880
                                            203-454-3843

### CASE NO.    3:04 cr 96   USA vs. Victor Guadalupe

COUNSEL OF RECORD:

Ronald Scott Apter, AUSA                    U.S. Attorney's Office, 450 Main St., Rm. 328,
Ronald P. Leaming, AUSA                     Hartford, CT 06103
                                            860-947-1101

Richard S. Cramer, Esq.                     449 Silas Deane Hwy., Wethersfield, CT 06109
                                            860-257-3500

### CASE NO.    3:04 cr 201   USA v. Friman Romero

COUNSEL OF RECORD:

Mark Rubino, AUSA                           U.S. Attorney's Office, 157 Church St., 23rd Fl.,
                                            New Haven, CT 06510
                                            203-821-3700

Paul Brenner, Esq.

### CASE NO.   3:00 cv 387   George M. Katsimbris vs. University of Bridgeport

#### COUNSEL OF RECORD:

Joel Z. Green, Esq.                       Green & Gross, P.C., 1087 Broad St., Suite 401,
Jeffrey W. Keim, Esq.                     Bridgeport, CT 06604         203-335-5141

Ann B. Mulcahy, Esq.                      Cohen & Wolf, P.C., 1115 Broad St.,
David B. Zabel, Esq.                      P.O. Box 1821, Bridgeport, CT 06604
                                          203-337-4255

### CASE NO.   3:01 cv 1971   Eric Atkinson vs. Kevin Schibi, et als

#### COUNSEL OF RECORD:

Eric Atkinson, pro se                     Inmate #214214, Northern Correctional
                                          Institution, P.O. Box 665
                                          Somers, CT 06071

Lynn D. Wittenbrink, Esq.                 Attorney General's Office, 110 Sherman St.
                                          Hartford, CT 06105         860-808-5450

### CASE NO.   3:02 cv 173   New Colt Holding Corp., et al vs. RJG Holdings, et als

#### COUNSEL OF RECORD:

Joseph G. Fortner, Jr., Esq.              Halloran & Sage, LLP, One Goodwin Square,
Brian D. Rich, Esq.                       225 Asylum St., Hartford, CT 06103
                                          860-522-6103

Christopher M. Parent, Esq.               Shughart, Thomson & Kilroy, 1050 17th St.,
                                          Suite 2300, Denver, CO 80265
                                          303-572-9300

Joseph Dieso, Esq.                        Colt's Mfg. Co., Inc., P.O. Box 1868,
                                          Hartford, CT 06144
                                          860-244-1387

Robert C. Gill, II, Esq.                  Slavit & Gill, 1025 Thomas Jefferson St., NW,
Kristie G. Haynes, Esq.                   Suite 425 West, Washington, DC 20007
                                          202-342-1402

Philip B. Abramowitz, Esq.                Mathews, Collins, Shepherd & McKay,
Brooks Bruneau, Esq.                      100 Thanet Circle, Suite 306,
Kristine Butler-Holston, Esq.             Princeton, NJ 08540
Todd A. Denys, Esq.                       609-924-8555

John F. Conway, Esq.                    Loughlin, FitzGerald, Kamp, Henrici, Molloy,
Charles Phillip Reed, Esq.              Rizzio & Reed, 150 South Main St.,
                                        Wallingford, CT 06492
                                        203-265-2035

### CASE NO.  3:02 cv 1120   John Kelly, et al vs. Melvin Wearing, et al

COUNSEL OF RECORD:

Karen Lee Torre, Esq.                   51 Elm St., Suite 307, New Haven, CT 06510
                                        203-865-5541

Martin S. Echter, Esq.                  Corporation Counsel's Office, 165 Church St.,
Thomas W. Ude, Jr., Esq.                New Haven, CT 06510
                                        203-946-7951

### CASE NO.  3:02 cv 1521   Maria Rodriguez vs. C. Paris, et al

COUNSEL OF RECORD:

Katrena K. Engstrom, Esq.               Williams & Pattis, 51 Elm St., Suite 409,
Norman A. Pattis, Esq.                  New Haven, CT 06510
John R. Williams, Esq.                  203-562-9931




BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK