# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

NEW COLT HOLDING CORP., ET AL.  :
                                   :
  vs.                             :       CIVIL NO. 3:02CV173 (PCD)
                                     :
RJG HOLDINGS OF FLORIDA, INC.,  :
ET AL.                              :

## NOTICE  TO  COUNSEL

The above-entitled case was reported to the Court on July 30, 2004 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on **August 30, 2004** unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, August 5, 2004.


KEVIN F. ROWE, CLERK

By:       /s/
          Karin Miller
          Deputy Clerk