UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NEW COLT HOLDING CORPORATION., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | DOCKET NO. |
| ) | 302-CV-173(PCD) |
| ) | |
| RJG HOLDINGS OF FLORIDA, INC., *et al.* ) | |
| ) | |
| Defendants. ) | September 30, 2004 |

## STIPULATION OF DISMISSAL

Plaintiffs, New Colt Holding Corporation ("New Colt") and Colt's Manufacturing Company, LLC, as successor to Colt's Manufacturing Company, Inc. (collectively, "Colt" or "Plaintiffs"), and Defendants, RJG Holdings of Florida, Inc., formerly known as American Western Arms, Inc. ("RJG"), a Florida corporation, and AWA International, Inc. ("AWA"), a Florida corporation, hereby stipulate to the dismissal, with prejudice and without costs, of all claims by Plaintiffs herein against Defendants for monetary damages, and the dismissal of all counterclaims by Defendant AWA herein against Plaintiffs, pursuant to the terms of Federal Rules of Civil Procedure 41(a)(1).

This stipulation of dismissal does not affect the Stipulated Permanent Injunction Order entered as against Defendant RJG, or the Stipulated Permanent Injunction Order entered as against Defendant AWA, which permanent injunctions shall remain in full force and effect.

Stipulation of Dismissal
New Colt Holding Corporation, et al. v. RJG Holdings of Florida, Inc., et al.
Docket No. 302-CV-173(PCD)

THE PLAINTIFFS, NEW COLT HOLDING
CORPORATION and COLT'S
MANUFACTURING COMPANY, LLC.

By: _____
Robert C. Gill, II, Esq.
Federal Bar No. ct20146
Saul Ewing LLP
1025 Thomas Jefferson St, NW
Suite 425 West
Washington, DC 20007
Tel. (202) 295-6600
Fax (202) 295-6700

and

Joseph Dieso, Esq.
Federal Bar No. ct02486
P.O. Box 1868
Hartford, CT 06144-1868
Tel. (860) 244-1387
E-mail: jdieso@colt.com
– Their Attorneys –


THE DEFENDANT, AWA INTERNATIONAL, INC.

By: _____
Joseph G. Fortner, Jr., Esq.
Fed. Bar No. ct04602
Halloran & Sage LLP
One Goodwin Square
Hartford, CT 06103-4303
(860) 297-4609

THE DEFENDANT, RJG HOLDINGS
OF FLORIDA, INC.

BY: _____
Robert G. Shepherd, Esq.
Mathews, Collins, Shepherd & McKay
100 Thanet Circle, Suite 306
Princeton, New Jersey 08540
(609) 924-8555

2