UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NEW COLT HOLDING CORP., *et al.*,
Plaintiffs,

v.

RJG HOLDINGS OF FLORIDA, INC., *et al.*
Defendants

DOCKET NO.
302-CV-173 (PCD)

## STIPULATED PERMANENT INJUNCTION ORDER

Plaintiffs, New Colt Holding Corporation ("New Colt") and Colt's Manufacturing Company, LLC, as successor to Colt's Manufacturing Company, Inc. (collectively, "Colt" or "Plaintiffs"), filed this action in February, 2002 against RJG Holdings of Florida, Inc., formerly known as American Western Arms, Inc. ("RJG"), a Florida corporation, and AWA International, Inc. ("AWA"), a Florida corporation, alleging, *inter alia,* trademark infringement, trade dress infringement, and violation of the Connecticut Unfair Trade Practices Act. Without any admission as to liability or culpability, Colt and RJG stipulate and agree to entry of the following permanent injunction.

It is therefore ORDERED as follows:

1. RJG, its officers, agents, servants, employees and Attorneys, including but not limited to Robert J. Gangi and all those persons in active concert or participation with them shall be permanently enjoined from using any of the following trademarks of Plaintiffs and all confusingly similar marks to identify or suggest source, origin or affiliation of any products manufactured, sponsored or sold by defendants: "Colt" or Colt's" word marks; "Peacemaker" or "The Peacemaker" word marks, "Single Action Army", "The Single Action Army" or "Colt's Single Action Army" word marks; the Rampant Colt symbol; and the

Armsmear Crest Symbol, or any portion thereof.

2. RJG, its officers, agents, servants, employees and attorneys, including but not limited to Robert J. Gangi, and all those persons in active concert or participation with them shall also be permanently enjoined from use of the word or trademark "Peacekeeper."

3. RJG, its officers, agents, servants, employees and attorneys, including but not limited to Robert J. Gangi, and all those persons in active concert or participation with them shall also be permanently enjoined from use of the trade dress for Plaintiff's Peacemaker or Single Action Army revolver and its Cowboy revolver.

As used in this Order, the word "use" means incorporation of the trademarks and/or trade dress at issue, in whole or in part, or any confusingly similar facsimile thereof, on or in connection with any goods or services, including but not limited to the manufacture, importation, advertising, marketing, and/or sale or transfer of any goods or services.

SO ORDERED.

Dated: September 30, 2004

Peter C. Dorsey
United State District Judge

THE DEFENDANT, RJG HOLDINGS OF FLORIDA, INC.

BY: _____
Robert G. Shepherd, Esq.
Mathews, Collins, Shepherd & McKay
100 Thanet Circle
Suite 306
Princeton, New Jersey 08540
(609) 924-8555

THE PLAINTIFFS, NEW COLT HOLDING
CORPORATION and COLT'S MANUFACTURING
COMPANY, LLC.

By: _____
Robert C. Gill, II, Esq.
Federal Bar No. ct20146
Saul Ewing, LLP
1025 Thomas Jefferson St, NW
Suite 425 West
Washington, DC 20007
Tel. (202) 295-6600
Fax (202) 295-6700

    and

Joseph Dieso, Esq.
Federal Bar No. ct02486
P.O. Box 1868
Hartford, CT 06144-1868
Tel. (860) 244-1387
Fax (860) 244-1467
E-mail: jdieso@colt.com
- Their Attorneys -